UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDRES ESCOBAR,

Plaintiff,

vs.                                                             Case No.: 1:14-cv-23085-JLK

ASSIGNED CREDIT SOLUTIONS, INC.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ANDRES ESCOBAR, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: November 3, 2014                      Respectfully submitted,

/s Monica Amor_____
LAW OFFICES OF MONICA AMOR, P.A.
Monica Amor, Esq.
E-mail: mamor@amorlaw.com
Florida Bar No: 0118664
6355 N.W. 36th Street, Suite 406
Virginia Gardens, Florida 33166
Telephone: (305) 787-4708
Facsimile: (888) 460-7585
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or parties of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s Monica Amor
LAW OFFICES OF MONICA AMOR, P.A.
Monica Amor, Esq.
E-mail: mamor@amorlaw.com
Florida Bar No: 0118664
6355 N.W. 36th Street, Suite 406
Virginia Gardens, Florida 33166
Telephone: (305) 787-4708
Facsimile: (888) 460-7585
Attorney for Plaintiff

## SERVICE LIST

Chris Bradbury
Assigned Credit Solutions
701 Route 73 North Suite 8
Marlton, NJ 08053
Defendant