UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23085-CIV-KING/TORRES

ANDRES ESCOBAR,

    Plaintiff,

v.

ASSIGNED CREDIT SOLUTIONS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #4) filed November 3, 2014, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of November, 2014.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

       Chris Bradbury
       Assigned Credit Solutions
       701 Route 73 North Suite 8
       Marlton, NJ 08053
       ***Defendant***